# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

**FILED** *13-5877*

MDL No. 1871

OCT – 7 2013

**TRANSFER ORDER** MICHAEL E. KUNZ, Clerk

By_____Dep. Clerk

**Before the Panel:**[*]  Pursuant to Panel Rule 7.1, plaintiffs in the 57 actions listed on Schedule A, 52 pending in the Northern District of California, four pending in the Southern District of Illinois, and one pending in the Central District of California, move to vacate our orders conditionally transferring the actions to the Eastern District of Pennsylvania for inclusion in MDL No. 1871. Responding defendant GlaxoSmithKline LLC (GSK) opposes the motions.

In their motions to vacate, plaintiffs principally cite that they have moved for remand to state court, and that those motions remain pending. As we frequently have held, however, the pendency of a remand motion is not, as a general matter, a sufficient reason to delay or deny transfer. Under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending. Between the date a remand motion is filed and the date the Panel finalizes transfer of the action to the MDL, a court wishing to rule upon that motion generally has adequate time to do so.

The California plaintiffs argue that the situation with respect to their remand motions is sufficiently different that vacatur is warranted. In all the California actions, plaintiffs have sued not only GSK but also McKesson Corporation (McKesson), which has its principal place of business in California. In removing those actions, GSK has contended, *inter alia*, that McKesson is fraudulently joined as a defendant. Plaintiffs point out that the transferee judge, the Honorable Cynthia M. Rufe, previously has remanded other actions in the MDL to California state court, finding that McKesson was <u>not</u> fraudulently joined.[1]  Plaintiffs thus argue that remand of their actions is a foregone conclusion, and that transfer would result only in delay. We find this argument unpersuasive, as we do not have the authority to determine the applicability of a transferee judge's ruling in one case to other arguably similar cases.[2]

---

[*]      Judge Marjorie O. Rendell and Judge Sarah S. Vance took no part in the decision of this matter.

[1]      *See In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.*, 624 F. Supp. 2d 396, 417-21 (E.D. Pa. 2009).

[2]      *See In re Ivy*, 901 F.2d 7, 9 (2d Cir. 1990) ("Section 1407 does not empower the MDL Panel to decide . . . issues relating to a motion to remand"). We note that the California actions before us

(continued...)

- 2 -

Plaintiffs also argue that they would be inconvenienced by transfer, as at least some of them are residents of either California or Illinois. As we have explained, however, in deciding issues of transfer under Section 1407, we look to the overall convenience of the parties and witnesses, not just those of the parties to a given case or cases. *See, e.g., In re Watson Fentanyl Patch Prods. Liab. Litig.*, 883 F. Supp. 2d 1350, 1351-52 (J.P.M.L. 2012). Furthermore, because Section 1407 transfer is for pretrial proceedings only, there is usually no need for the parties and witnesses to travel to the transferee district for depositions or otherwise. *See In re MLR, LLC, Patent Litig.*, 269 F. Supp. 2d 1380, 1381 (J.P.M.L. 2003).

After considering all argument of counsel, we find that these actions involve common questions of fact with actions previously transferred to MDL No. 1871, and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Moreover, transfer is warranted for the reasons set out in our original order directing centralization. In that order, we held that the Eastern District of Pennsylvania was an appropriate Section 1407 forum for actions involving factual questions "aris[ing] from allegations that certain diabetes drugs manufactured by GSK – Avandia and/or two sister drugs containing Avandia (Avandamet and Avandaryl) – cause an increased risk of heart attack and other physical injury, and that GSK failed to provide adequate warnings concerning that risk." *See In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.*, 528 F. Supp. 2d 1339, 1340-41 (J.P.M.L. 2007). Plaintiffs do not dispute that their actions share multiple factual issues with those already in the MDL.

---

[2](...continued)
were removed not only on diversity grounds but also on the grounds that they are "mass actions" as defined in the Class Action Fairness Act (CAFA). *See* 28 U.S.C. § 1332(d)(11). Our review of Judge Rufe's earlier ruling indicates that the subject actions were not removed on CAFA mass action grounds. The California plaintiffs point out that CAFA prohibits Section 1407 transfer of an action removed on mass action grounds, absent a request by a majority of the plaintiffs therein. *See* 28 U.S.C. § 1332(d)(11)(C)(i). As we have held, however, that prohibition is not an impediment to transfer where, as here, another ground for federal jurisdiction is asserted in the notice of removal. *See In re: Darvocet, Darvon & Propoxyphene Prods. Liab. Litig.*, — F. Supp. 2d —, 2013 WL 1635469, at *4 (J.P.M.L. Apr. 17, 2013).

- 3 -

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A are transferred to the Eastern District of Pennsylvania, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

Kathryn H. Vratil                    Paul J. Barbadoro
Charles R. Breyer                    Lewis A. Kaplan

IN RE: AVANDIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1871

## SCHEDULE A

### Central District of California

John Syrek, et al. v. SmithKline Beecham Corporation, et al., C.A. No. 8:13-00987

### Northern District of California

Alyssa Anderson, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03042
Bessie Buckley, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03043
Renetta Barnes, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03047
Jo-Mar Adkins, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03048
Paula Ackerman, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03049
Tauheedah Aleem, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03051
Raymond E. Esche, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03062
Donna Allen, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03063
Osey Joshlin, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03065
Charles Allender, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03068
Audie Dadus, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03069
Mike Albayrak, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03095
Sylvia J. Summa, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03097
Henry Adams, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03102
Mary Anderson, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03104
Vanessa Allen, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03110
Janice Aud, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03111
Loretta Alvarez, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03112
Wilma Hargrove, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03114
Melissa Poff, et al. v. McKesson Corporation, et al., C.A. No.3:13-03115
Maxio Alvarez, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03116
Rosalynn Alaimalo, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03146
Steven Brock, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03149
Santiago Flores, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03153
Bobby Butler, et al. v. McKesson Corporation, et al., C.A. No.3:13-03154
Shukry Messih, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03155
Esther Ortiz, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03159
Eugene Parks, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03162
Linda Dudley, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03168
Dorothy Jones, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03170
Ronald Fortune, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03172

MDL No. 1871 Schedule A (continued)

- A2 -

<u>Northern District of California</u> (continued)

Latresha Harrison, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03045
James Fields, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03050
Melissa Ball, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03053
Vickie Aaron, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03054
Margaret Arvizu, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03064
Willie Allen, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03066
Carlos Tarango, et al. v. GlaxoSmithKline LLC, et al., C.A. No. 4:13-03070
Samona Myers, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03096
Frank Pandolfo, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03100
Eva Lamb, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03101
Clarissa August, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03103
Elizabeth Pacheco, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03107
JoAnne West, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03109
Margarita Cruz, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03150
Patricia Boreni, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03152
Johnnie Johnson, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03158
Oscar Torres, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03160
Yaqub Yaqub, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03161
Manuel Zavala, Jr., et al. v. McKesson Corporation, et al., C.A. No. 4:13-03163
Sylvia Muniz, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03171
Marvin Ashley, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03173

<u>Southern District of Illinois</u>

Richard Jamison, et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00677
Adell Font, et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00678
Terence Williams, et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00680
George Ira Carroll, et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00685

## UNITED STATES DISTRICT COURT

13-5877

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

ND-CA

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐  No☐

Does this case involve multidistrict litigation possibilities?   Yes☐  No☐

*RELATED CASE, IF ANY:*

Case Number: MDL 1871 TR Judge: Rufe _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes☐  No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes☐  No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes☐  No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

| A. *Federal Question Cases:* | B. *Diversity Jurisdiction Cases:* |
|---|---|
| 1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts | 1. ☐ Insurance Contract and Other Contracts |
| 2. ☐ FELA | 2. ☐ Airplane Personal Injury |
| 3. ☐ Jones Act-Personal Injury | 3. ☐ Assault, Defamation |
| 4. ☐ Antitrust | 4. ☐ Marine Personal Injury |
| 5. ☐ Patent | 5. ☐ Motor Vehicle Personal Injury |
| 6. ☐ Labor-Management Relations | 6. ☐ Other Personal Injury (Please specify) |
| 7. ☐ Civil Rights | 7. ☒ Products Liability |
| 8. ☐ Habeas Corpus | 8. ☐ Products Liability — Asbestos |
| 9. ☐ Securities Act(s) Cases | 9. ☐ All other Diversity Cases |
| 10. ☐ Social Security Review Cases | (Please specify) |
| 11. ☐ All other Federal Question Cases (Please specify) | |

10/7/13

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

_____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                       Attorney-at-Law        Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 10/7/2013   Tom Rogan, Deputy Clerk   _____
                  Attorney-at-Law              Attorney I.D.#

ADRMOP,CLOSED,TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:13-cv-03168-SC

*13-5877*

Dudley et al v. McKesson Corporation et al
Assigned to: Hon. Samuel Conti
Case in other court: San Francisco County Superior Court,
    CGC-13-532443
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/09/2013
Date Terminated: 10/03/2013
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Linda Dudley**                          represented by   **Jessica You Lee**
                                                           Napoli Bern Ripka Shkolnik &
                                                           Associates LLP
                                                           111 Corporate Drive, Suite 225
                                                           Ladera Ranch, CA 92694
                                                           949-234-6032
                                                           Fax: 949-429-0892
                                                           Email: jlee@napolibern.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Marissa Christina Langhoff**
                                                           Napoli Bern Ripka Shkolnik &
                                                           Associates LLP
                                                           111 Corporate Drive, Suite 225
                                                           Ladera Ranch, CA 92694
                                                           949-234-6032
                                                           Fax: 949-429-0892
                                                           Email: mlanghoff@napolibern.com
                                                           *TERMINATED: 08/12/2013*
                                                           *LEAD ATTORNEY*

**Plaintiff**

**Alesia Diggs**                          represented by   **Jessica You Lee**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Marissa Christina Langhoff**
                                                           (See above for address)
                                                           *TERMINATED: 08/12/2013*
                                                           *LEAD ATTORNEY*

**Plaintiff**

**Darlene Bracey**                          represented by **Jessica You Lee**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Marissa Christina Langhoff**
                                            (See above for address)
                                            *TERMINATED: 08/12/2013*
                                            *LEAD ATTORNEY*

<u>Plaintiff</u>
**Joe Bradford**                            represented by **Jessica You Lee**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Marissa Christina Langhoff**
                                            (See above for address)
                                            *TERMINATED: 08/12/2013*
                                            *LEAD ATTORNEY*

<u>Plaintiff</u>
**Allan Brady**                             represented by **Jessica You Lee**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Marissa Christina Langhoff**
                                            (See above for address)
                                            *TERMINATED: 08/12/2013*
                                            *LEAD ATTORNEY*

<u>Plaintiff</u>
**Billy Brown**                             represented by **Jessica You Lee**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Marissa Christina Langhoff**
                                            (See above for address)
                                            *TERMINATED: 08/12/2013*
                                            *LEAD ATTORNEY*

<u>Plaintiff</u>
**David Brown**                             represented by **Jessica You Lee**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Marissa Christina Langhoff**

(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**
**Anthony Byrd**                         represented by **Jessica You Lee**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Marissa Christina Langhoff**
                                         (See above for address)
                                         *TERMINATED: 08/12/2013*
                                         *LEAD ATTORNEY*

**Plaintiff**
**Vickie Cagle**                         represented by **Jessica You Lee**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Marissa Christina Langhoff**
                                         (See above for address)
                                         *TERMINATED: 08/12/2013*
                                         *LEAD ATTORNEY*

**Plaintiff**
**Nicholas Coleman**                     represented by **Jessica You Lee**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Marissa Christina Langhoff**
                                         (See above for address)
                                         *TERMINATED: 08/12/2013*
                                         *LEAD ATTORNEY*

**Plaintiff**
**Peggy Constance**                      represented by **Jessica You Lee**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Marissa Christina Langhoff**
                                         (See above for address)
                                         *TERMINATED: 08/12/2013*
                                         *LEAD ATTORNEY*

**Plaintiff**
**Suzanne Cooper**                       represented by **Jessica You Lee**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

<u>**Plaintiff**</u>
**William Crenshaw**                              represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

<u>**Plaintiff**</u>
**Shirley Crum**                              represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

<u>**Plaintiff**</u>
**Carmen Cruz**                              represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

<u>**Plaintiff**</u>
**Timothy Davis**                              represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)

*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**
**Delores Degraffenried**                    represented by **Jessica You Lee**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Marissa Christina Langhoff**
                                             (See above for address)
                                             *TERMINATED: 08/12/2013*
                                             *LEAD ATTORNEY*

**Plaintiff**
**Arthurene Eubanks**                        represented by **Jessica You Lee**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Marissa Christina Langhoff**
                                             (See above for address)
                                             *TERMINATED: 08/12/2013*
                                             *LEAD ATTORNEY*

**Plaintiff**
**Ron Evans**                                represented by **Jessica You Lee**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Marissa Christina Langhoff**
                                             (See above for address)
                                             *TERMINATED: 08/12/2013*
                                             *LEAD ATTORNEY*

**Plaintiff**
**Danny Farrington**                         represented by **Jessica You Lee**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Marissa Christina Langhoff**
                                             (See above for address)
                                             *TERMINATED: 08/12/2013*
                                             *LEAD ATTORNEY*

**Plaintiff**
**Jacqueline Foster**                        represented by **Jessica You Lee**
                                             (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**Kinney Fuller**                              represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**Michael Gamarel**                            represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**Gwendolyn Geiger**                           represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**Mark George**                                represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*

*LEAD ATTORNEY*

**Plaintiff**

**Abell Gore**                      represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**Harold Green**                    represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**Teresa Griffin**                  represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**Willie Griggs**                   represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**William Hall**                    represented by   **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**
**Charlene Howard**                    represented by  **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**
**Christopher Ingram**                 represented by  **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**
**Jessie Jenkins**                     represented by  **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**
**Jimmy Jimenez**                      represented by  **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**Delmar Jones**
                                      represented by  **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**Larry Lechan**
                                        represented by  **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**James Longwell**
                                        represented by  **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**Francis Lono**
                                        represented by  **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**

**Towada Lundy**
                                        represented by  **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**
**Barbara Marshall**                    represented by **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**
**Alinda McCullum**                    represented by **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**
**Aaron McFadden**                    represented by **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**
**Suzanne McPhearson**                    represented by **Jessica You Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

**Plaintiff**
**Linda Milstid**                    represented by    **Jessica You Lee**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Marissa Christina Langhoff**
                                                       (See above for address)
                                                       *TERMINATED: 08/12/2013*
                                                       *LEAD ATTORNEY*

**Plaintiff**
**Jeffrey Mirek**                    represented by    **Jessica You Lee**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Marissa Christina Langhoff**
                                                       (See above for address)
                                                       *TERMINATED: 08/12/2013*
                                                       *LEAD ATTORNEY*

**Plaintiff**
**John Mitchell**                    represented by    **Jessica You Lee**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Marissa Christina Langhoff**
                                                       (See above for address)
                                                       *TERMINATED: 08/12/2013*
                                                       *LEAD ATTORNEY*

**Plaintiff**
**Joan Moore**                       represented by    **Jessica You Lee**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Marissa Christina Langhoff**
                                                       (See above for address)
                                                       *TERMINATED: 08/12/2013*
                                                       *LEAD ATTORNEY*

**Plaintiff**
**Uri Neuman**                       represented by    **Jessica You Lee**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Marissa Christina Langhoff**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*

V.

**Defendant**

**McKesson Corporation**
*a corporation*

represented by **Steven J. Boranian**
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
415-543-8700
Fax: 415-391-8269
Email: sboranian@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**SmithKline Beecham Corporation**
*doing business as*
GlaxoSmithKline

represented by **Michael Kevin Brown**
Reed Smith LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071
213-457-8000
Fax: 213 457-8080
Email: mkbrown@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonja S. Weissman**
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
415-543-8700
Fax: 415-391-8269
Email: sweissman@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Steven J. Boranian**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2013 | 1 | NOTICE OF REMOVAL from San Francisco County Superior Court. Their case number is CGC-13-532443. (Filing fee $400 receipt number 34611087802) No Process. Copy of Complaint attached. Filed bySmithKline Beecham Corporation. (mcIS, COURT STAFF) (Filed on 7/9/2013) (Additional attachment(s) added on 7/17/2013: # 1 Civil cover sheet) (mcIS, |

| | | COURT STAFF). (Entered: 07/10/2013) |
|---|---|---|
| 07/09/2013 | 2 | DEMAND for Trial by Jury by SmithKline Beecham Corporation. (mclS, COURT STAFF) (Filed on 7/9/2013) (mclS, COURT STAFF). (Entered: 07/10/2013) |
| 07/09/2013 | 3 | Certificate of Interested Entities by SmithKline Beecham Corporation identifying Other Affiliate Bank of New York Mellon, Other Affiliate GlaxoSmithKline plc for SmithKline Beecham Corporation. (mclS, COURT STAFF) (Filed on 7/9/2013) (mclS, COURT STAFF). (Entered: 07/10/2013) |
| 07/09/2013 | 4 | Corporate Disclosure Statement by SmithKline Beecham Corporation. (mclS, COURT STAFF) (Filed on 7/9/2013) (mclS, COURT STAFF). (Entered: 07/10/2013) |
| 07/09/2013 | 5 | NOTICE of Pendency of Other Actions by SmithKline Beecham Corporation. (mclS, COURT STAFF) (Filed on 7/9/2013) (mclS, COURT STAFF). (Entered: 07/10/2013) |
| 07/09/2013 | 6 | **ADR SCHEDULING ORDER: Case Management Statement due by 10/1/2013. Case Management Conference set for 10/8/2013 10:00 AM. (Attachments: # 1 Standing Order)(mclS, COURT STAFF) (Filed on 7/9/2013) (Entered: 07/10/2013)** |
| 07/12/2013 | 7 | CERTIFICATE OF SERVICE re 1 Notice of Removal, 2 Demand for Jury Trial, 3 Certificate of Interested Entities, 4 Corporate Disclosure Statement, 5 Notice of Pendency of Other Actions, 6 Scheduling Order and initiating documents by SmithKline Beecham Corporation. (Boranian, Steven) (Filed on 7/12/2013) Modified on 7/15/2013 (mclS, COURT STAFF). (Entered: 07/12/2013) |
| 07/15/2013 | 8 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by SmithKline Beecham Corporation.. (Brown, Michael) (Filed on 7/15/2013) (Entered: 07/15/2013) |
| 07/16/2013 | 9 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (knm, COURT STAFF) (Filed on 7/16/2013) (Entered: 07/16/2013) |
| 07/17/2013 | 10 | **ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Samuel Conti for all further proceedings. Magistrate Judge Elizabeth D. Laporte no longer assigned to the case. Signed by Executive Committee on 7/17/13. (sv, COURT STAFF) (Filed on 7/17/2013) (Entered: 07/17/2013)** |
| 07/18/2013 | 11 | STIPULATION WITH PROPOSED ORDER *EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT* filed by McKesson Corporation, SmithKline Beecham Corporation. (Attachments: # 1 Declaration of Steven Boranian)(Boranian, Steven) (Filed on 7/18/2013) (Entered: 07/18/2013) |
| 07/19/2013 | 12 | **Order by Hon. Samuel Conti granting 11 Stipulation Extending Time For Defendants To Answer Complaint.(tmi, COURT STAFF) (Filed on 7/19/2013) (Entered: 07/19/2013)** |
| 07/22/2013 | 13 | MOTION to Stay *All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D.PA)* filed by SmithKline Beecham |

| | | Corporation. Motion Hearing set for 9/13/2013 10:00 AM in Courtroom 1, 17th Floor, San Francisco before Hon. Samuel Conti. Responses due by 8/5/2013. Replies due by 8/12/2013. (Attachments: # 1 Proposed Order Granting Defendant GlaxoSmithKline LLCs Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D.PA), # 2 Declaration of Steven J. Boranian in Support of Defendant GlaxoSmithKline LLCs Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D.PA), # 3 Exhibit A-D to Declaration of Steven J. Boranian)(Boranian, Steven) (Filed on 7/22/2013) (Entered: 07/22/2013) |
|---|---|---|
| 08/01/2013 | 14 | MOTION to Remand filed by Darlene Bracey, Joe Bradford, Allan Brady, Billy Brown, David Brown, Anthony Byrd, Vickie Cagle, Nicholas Coleman, Peggy Constance, Suzanne Cooper, William Crenshaw, Shirley Crum, Carmen Cruz, Timothy Davis, Delores Degraffenried, Alesia Diggs, Linda Dudley, Arthurene Eubanks, Ron Evans, Danny Farrington, Jacqueline Foster, Kinney Fuller, Michael Gamarel, Gwendolyn Geiger, Mark George, Abell Gore, Harold Green, Teresa Griffin, Willie Griggs, William Hall, Charlene Howard, Christopher Ingram, Jessie Jenkins, Jimmy Jimenez, Delmar Jones, Larry Lechan, James Longwell, Francis Lono, Towada Lundy, Barbara Marshall, Alinda McCullum, Aaron McFadden, Suzanne McPhearson, Linda Milstid, Jeffrey Mirek, John Mitchell, Joan Moore, Uri Neuman. Motion Hearing set for 9/6/2013 10:00 AM in Courtroom 1, 17th Floor, San Francisco before Hon. Samuel Conti. Responses due by 8/15/2013. Replies due by 8/22/2013. (Attachments: # 1 Declaration of Marissa Langhoff, # 2 Proposed Order, # 3 Certificate/Proof of Service)(Langhoff, Marissa) (Filed on 8/1/2013) (Entered: 08/01/2013) |
| 08/01/2013 | 15 | RESPONSE (re 13 MOTION to Stay *All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D.PA)* ) filed by Darlene Bracey, Joe Bradford, Allan Brady, Billy Brown, David Brown, Anthony Byrd, Vickie Cagle, Nicholas Coleman, Peggy Constance, Suzanne Cooper, William Crenshaw, Shirley Crum, Carmen Cruz, Timothy Davis, Delores Degraffenried, Alesia Diggs, Linda Dudley, Arthurene Eubanks, Ron Evans, Danny Farrington, Jacqueline Foster, Kinney Fuller, Michael Gamarel, Gwendolyn Geiger, Mark George, Abell Gore, Harold Green, Teresa Griffin, Willie Griggs, William Hall, Charlene Howard, Christopher Ingram, Jessie Jenkins, Jimmy Jimenez, Delmar Jones, Larry Lechan, James Longwell, Francis Lono, Towada Lundy, Barbara Marshall, Alinda McCullum, Aaron McFadden, Suzanne McPhearson, Linda Milstid, Jeffrey Mirek, John Mitchell, Joan Moore, Uri Neuman. (Attachments: # 1 Declaration of Marissa Langhoff, # 2 Proposed Order, # 3 Certificate/Proof of Service)(Langhoff, Marissa) (Filed on 8/1/2013) (Entered: 08/01/2013) |
| 08/06/2013 | 16 | Renotice motion hearing re 14 MOTION to Remand filed by Darlene Bracey, Joe Bradford, Allan Brady, Billy Brown, David Brown, Anthony Byrd, Vickie Cagle, Nicholas Coleman, Peggy Constance, Suzanne Cooper, William Crenshaw, Shirley Crum, Carmen Cruz, Timothy Davis, Delores Degraffenried, Alesia Diggs, Linda Dudley, Arthurene Eubanks, Ron Evans, Danny Farrington, Jacqueline Foster, Kinney Fuller, Michael Gamarel, Gwendolyn Geiger, Mark George, Abell Gore, Harold Green, Teresa Griffin, |

| | | |
|---|---|---|
| | | Willie Griggs, William Hall, Charlene Howard, Christopher Ingram, Jessie Jenkins, Jimmy Jimenez, Delmar Jones, Larry Lechan, James Longwell, Francis Lono, Towada Lundy, Barbara Marshall, Alinda McCullum, Aaron McFadden, Suzanne McPhearson, Linda Milstid, Jeffrey Mirek, John Mitchell, Joan Moore, Uri Neuman. Motion Hearing set for 9/13/2013 10:00 AM in Courtroom 1, 17th Floor, San Francisco before Hon. Samuel Conti. (Attachments: # 1 Certificate/Proof of Service)(Related document(s) 14 ) (Langhoff, Marissa) (Filed on 8/6/2013) (Entered: 08/06/2013) |
| 08/08/2013 | 17 | REPLY (re 13 MOTION to Stay *All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D.PA)* ) filed bySmithKline Beecham Corporation. (Attachments: # 1 Declaration of Steven J. Boranian, # 2 Exhibit A - Orders Staying Action Pending JPML Action, # 3 Certificate/Proof of Service)(Brown, Michael) (Filed on 8/8/2013) (Entered: 08/08/2013) |
| 08/12/2013 | 18 | NOTICE of Substitution of Counsel by Jessica You Lee (Attachments: # 1 Certificate/Proof of Service)(Lee, Jessica) (Filed on 8/12/2013) (Entered: 08/12/2013) |
| 08/15/2013 | 19 | RESPONSE (re 14 MOTION to Remand ) filed bySmithKline Beecham Corporation. (Attachments: # 1 Proposed Order, # 2 Declaration of Frank Starn, # 3 Declaration of Sean Fahey, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N)(Boranian, Steven) (Filed on 8/15/2013) (Entered: 08/15/2013) |
| 08/15/2013 | 20 | **Order by Hon. Samuel Conti granting 13 Motion to Stay.(sclc2, COURT STAFF) (Filed on 8/15/2013) (Entered: 08/15/2013)** |
| 10/03/2013 | 21 | **TRANSFER ORDER** IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION MDL No. 1871. Signed by Tom Dempsey, U.S. District MDL Docket Clerk on 10/3/13. AS Per RCS(aaa, COURT STAFF) (Filed on 10/3/2013) (Entered: 10/03/2013) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/04/2013 08:25:17 | | |
| **PACER Login:** | us4447 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 3:13-cv-03168-SC |
| **Billable Pages:** | 14 | **Cost:** 1.40 |